IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

ROBERT D. WINEBRENNER,

    Plaintiff,

v.                                        Civil Action No. 2:23-cv-516

SWIFT TRANSPORTATION CO. OF
ARIZONA, LLC,

    Defendant.

## NOTICE OF REMOVAL

Defendant, Swift Transportation Co. of Arizona, LLC ("Swift "), by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives notice that Civil Action No. 23-C-57, filed in the Circuit Court of Jackson County, West Virginia, and captioned *Robert D. Winebrenner v. Swift Transportation Co. of Arizona, LLC*, (the "State Court Action") is hereby removed to the United States District Court for the Southern District of West Virginia.  In support thereof, Swift states as follows:

    1.    On or about June 29, 2023, Robert D. Winebrenner ("Winebrenner") initiated this action styled *Robert D. Winebrenner v. Swift Transportation Co. of Arizona, LLC*, Case Number 23-C-57.

    2.    On or about July 10, 2023, Plaintiff served the Complaint on Swift via the West Virginia Secretary of State.

    3.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Swift in the State Court Action are attached hereto as **Exhibit A.**

4. Swift is filing its Notice of Removal in this Court within thirty (30) days of service of the Complaint on it.

## DIVERSITY JURISDICTION
## COMPLETE DIVERSITY OF CITIZENSHIP

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1332, in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interests and costs, and the suit is between citizens of different states and is, therefore, removable under the provisions of 28 U.S.C. § 1441, *et seq*.

6. Plaintiff Winebrenner is a citizen of the State of West Virginia.

7. Swift is a Delaware limited liability company having a principal place of business in Arizona.

8. Plaintiff Winebrenner's claim for damages sustained to his building and remedial measures for the same as of the date of the Notice of Removal together exceed the $75,000 amount in controversy threshold. *See*, State Court Action at ¶¶ 10, 13, 18.

## REMOVAL IS TIMELY AND VENUE IS PROPER

9. Plaintiff's Complaint was filed on or about June 29, 2023 – less than one year before the date of the Notice of Removal.

10. Swift is filing this Notice of Removal within 30 days of service of process, which occurred on July 10, 2023 via the West Virginia Secretary of State.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a), in that this district and division embrace the place where the action was filed and is therefore pending.

12. Pursuant to 28 U.S.C. § 1446(d) and promptly after the filing of this Notice of Removal, Swift will give written notice of this Notice of Removal to all parties in the State Court

Action, and Swift will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Jackson County where the action was originally filed.

13. Swift hereby demands a jury trial on all triable issues.

WHEREFORE, because this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, Swift hereby removes this action from the Circuit Court of Jackson County, West Virginia to the United States District Court for the Southern District of West Virginia.

Dated this 2nd day of August, 2023.

ZIMMER KUNZ, PLLC

By: */s/ Sharon Z. Hall*
Sharon Z. Hall, Esq. (WV Bar #9286)
ZIMMER KUNZ, PLLC
206 American Way, Suite 4
Weirton, WV  26062
(304)914-3518/(304)292-7529 (f)
Email: hall@zklaw.com
*Counsel for Defendant, Swift Transportation Co. of Arizona, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 2nd day of August, 2023, served a true and correct copy of the foregoing Notice of Removal via ECF filing with the United States District Court for the Southern District of West Virginia, and on the following counsel of record via email transmission:

        JB Akers, Esquire
        Akers Law Offices, PLLC
        P.O. Box 11206
        Charleston, WV  25339
        Email: jb@akerslawoffices.com
        *Counsel for Plaintiff*


        ZIMMER KUNZ, PLLC


By: */s/ Sharon Z. Hall*
        Sharon Z. Hall, Esquire
        Pa. I.D. 9286
        Email: hall@zklaw.com

        206 American Way, Suite 4
        Weirton, WV  26062
        (304) 914-3518