IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

ROBERT D. WINEBRENNER,

        Plaintiff,

v.                                        CIVIL ACTION NO.   2:23-cv-00516

SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC,

        Defendant.

### ORDER OF DISMISSAL

On September 7, 2023, the Court was advised by counsel that the above-styled civil action had been compromised and settled.  Accordingly, the Court **ORDERS** that the remaining requirements and deadlines contained in the scheduling order be suspended and that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket.  The Court further **ORDERS** that any motions pending at the entry of this dismissal be **TERMINATED AS MOOT** and that this civil action may be reinstated only upon written motion of one of the parties alleging good cause for such reinstatement and filed within thirty (30) days of the entry of this Order.

The Court **DIRECTS** the Clerk of this Court to send a certified copy of this Order to any pro se party and to all counsel of record.

                                        ENTER:        September 25, 2023

*Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA